UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Zhengjian Wang,
on behalf of himself and others similarly situated

Case No. 21-cv-01956

Plaintiff,

v.

Chowbus, Inc. a.k.a. Fantuan Group, Inc.
d.b.a. Chowbus,
and Zhenjun Shen,

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Defendants.
------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsels for Plaintiff and Defendants in the above captioned action, that, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the action be dismissed, WITHOUT prejudice, with each party to bear its/his own respective attorneys' fees and costs.

Dated: Chicago, IL
October 4, 2021

By: _____
Camille Khodadad, Esq. (*Pro Hac Vice*)
Much Shelist, P.C.
191 N. Wacker Drive, Ste. 1800 Chicago,
Illinois 60606

Tel: (312) 521-2000
Fax: (312) 521-2100
Email: ckhodadad@muchlaw.com

*Attorney for Defendants Chowbus Inc., and Zhenjun Shen*

Dated: Flushing, NY
October 4, 2021

By: _____
Adam X. Dong, Esq.
Dong, Adam's Law Firm PLLC
3708 Main St, Ste 308
Flushing, NY 11354

Tel: (929) 269-5666
Email: adam.dong@dongadams.com
*Attorney for Plaintiff*

APPLICATION GRANTED
SO ORDERED _____
VERNON S. BRODERICK
U.S.D.J.   10/6/2021